✓ #1008 # 128236

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
2010 JAN 19 PM 4:03

IN RE:             *    CASE NO. 08-35980
                                     *
                                     *    JUDGE RICHARD L. SPEER
                                     *
DEBORAH M. SCHWIETERMAN    *    William L. Swope, Esq.
                                     *    221 S. Main Street
                                     *    Findlay, OH 45840
                                     *    (419) 422-0288
                                     *
                                     *    Sup. Ct. #0029538

REPORT ON DIVIDENDS OF LESS THAT FIVE DOLLARS BY TRUSTEE

I, the undersigned trustee of the above named debtor(s), do hereby report that the following is a list of the names and addresses of the persons entitled to dividends of less than five dollars, showing the respective amounts payable to them.

| Payee | Amount |
|---|---|
| Orthopaedic Institute of Ohio<br>801 Medical Drive<br>Lima, OH 45804 | $ 4.03 |
| St. Rita's Home Medical Equip.<br>PO Box 73340<br>Cleveland OH 44193 | $ 2.54 |
| | $ 6.57 |

A check for $6.57 payable to the Clerk of the United States Bankruptcy Court for deposit into the registry of the Court is herewith transmitted pursuant to Bankruptcy Rule 3010.

Date: January 14, 2010

William L. Swope
Trustee